IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-153-RJC-DCK

| | |
|---|---|
| TAMARA MUSENGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SMARTWAY OF THE CAROLINAS, LLC, ) | |
| d/b/a SMARTWHEELS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 34) filed by Ruth M. Allen, concerning Jenny DeFrancisco on September 13, 2016. Ms. Jenny DeFrancisco seeks to appear as counsel *pro hac vice* for Plaintiff Tamara Musenge. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 34) is **GRANTED.** Jenny DeFrancisco is hereby admitted *pro hac vice* to represent Plaintiff Tamara Musenge.

**SO ORDERED**.

Signed: September 13, 2016

David C. Keesler
United States Magistrate Judge