UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-153-RJC-DCK

| | |
|---|---|
| TAMARA MUSENGE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| SMARTWAY OF THE CAROLINAS ) | |
| d/b/a SMARTWHEELS, ) | |
| ) | |
| Defendant(s). ) | |

**THIS MATTER** comes before the Court on the parties' Joint Status Report and Motion to Lift Stay, (Doc. No. 43).

The Magistrate Judge previously granted Defendant's Motion to Stay the Proceedings pending an appeal in the Court of Appeals for the District of Columbia. (Doc. No. 33). The Court of Appeals for the D.C. Circuit has since issued its ruling. See (Doc. No. 43-1). The Court therefore **GRANTS** the parties' Motion to Lift Stay, (Doc. No. 43).

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge