# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-153-RJC-DCK

| | |
|---|---|
| TAMARA MUSENGE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| SMARTWAY OF THE CAROLINAS, LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiff's counsel, Ruth M. Allen, filed a "Notice Of Settlement" (Document No. 54) notifying the Court that the parties reached a settlement on December 11, 2018. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 11, 2019**.

**SO ORDERED**.

Signed: December 11, 2018

David C. Keesler
United States Magistrate Judge